# United States Court of Appeals
## For the First Circuit

No. 22-1215

ALFONSO ESTUARDO MENDEZ ESTEBAN,

Petitioner,

v.

MERRICK B. GARLAND,
UNITED STATES ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2023, is amended as follows:

On page 24, lines 2-3, replace "we vacate and remand to the IJ to assess the evidence in the first instance." with "we vacate and remand to the Board with instructions to remand to the IJ to assess the evidence in the first instance."

On page 25, line 4, replace "IJ" with "BIA"